United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Natasha R. Weddle, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-3466 |
| | § | |
| Townsen Memorial Hospital, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF ADOPTION**

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 25) dated September 9, 2026, and Plaintiff Natasha R. Weddle's objections (docket no. 28) and the Court concludes that the Report and Recommendation should be adopted by this Court.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Townsen Memorial Hospital's Motion to Dismiss (docket no. 20) is **GRANTED**.

**SIGNED** at Houston, Texas, on this the 25th day of September, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE