United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Natasha R. Weddle, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-3466 |
| | § | |
| Townsen Memorial Hospital, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff, Natasha R. Weddle's claims against Defendant, Townsen Memorial Hospital are **DISMISSED WITH PREJUDICE.**

Plaintiff shall **TAKE NOTHING** on the claims asserted in this case against Defendant, Townsen Memorial Hospital.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 25th day of September, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE